UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| GREAR, MICHAEL J. | § | Case No. 14-39972 |
| | § | |
| Debtor(s) | § | |

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 11/03/2014 . The undersigned trustee was appointed on 11/03/2014 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of    $    45,868.53

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 251.25 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 45,617.28 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was  03/31/2015  and the deadline for filing governmental claims was  03/31/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 5,336.85 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 5,336.85 , for a total compensation of $ 5,336.85 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.


Date: 09/28/2015                    By:/s/ANDREW J. MAXWELL, TRUSTEE
                                          Trustee



**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

**ASSET CASES**

Page:      1

Exhibit A

| Case No: | 14-39972   TAB   Judge: TIMOTHY A. BARNES | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | GREAR, MICHAEL J. | | Date Filed (f) or Converted (c): | 11/03/14 (f) |
| | | | 341(a) Meeting Date: | 12/16/14 |
| For Period Ending: | 09/28/15 | | Claims Bar Date: | 03/31/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. 72 Briarwood Lane Palatine, IL  60067<br>   RESIDENCE | 480,000.00 | 0.00 | | 0.00 | FA |
| 2. Cash on hand | 80.00 | 0.00 | | 0.00 | FA |
| 3. US Bank- Checking account (Account balance of $7,5 | 3,765.00 | 2,912.50 | | 2,912.50 | FA |
| 4. US Bank- Checking account | 1,230.00 | 0.00 | | 0.00 | FA |
| 5. Vanguard- Money market account | 13,975.64 | 13,975.64 | | 13,975.64 | FA |
| 6. TD Ameritrade- Investment account | 4,666.60 | 4,666.60 | | 4,666.60 | FA |
| 7. Ordinary assortment of household goods and furnish | 1,537.50 | 0.00 | | 0.00 | FA |
| 8. Assorted prints, paintings, sculptures, etc. (Per | 152.50 | 0.00 | | 0.00 | FA |
| 9. Ordinary assortment of wearing apparel | 500.00 | 0.00 | | 0.00 | FA |
| 10. Wedding ring and watch | 300.00 | 0.00 | | 0.00 | FA |
| 11. Transamerica Life Insurance Co. (Policy Number 924 | 3,708.13 | 3,708.13 | | 0.00 | FA |
| 12. LPL Financial- IRA account | 1,154,483.83 | 0.00 | | 0.00 | FA |
| 13. 79% ownership- The New Golf Corporation [Not opera | 0.00 | 0.00 | | 0.00 | FA |
| 14. 79% ownership- Fahey Medical Center, S.C. [Not ope | 0.00 | 0.00 | | 0.00 | FA |
| 15. 100% stock interest in We Care Orthopedics Ltd. [P | Unknown | 0.00 | | 0.00 | FA |
| 16. The Michael J. Grear Revocable Trust Dated Decembe | 0.00 | 0.00 | | 0.00 | FA |
| 17. Potential federal and state income tax refunds for<br>    partial 2014 income tax refund from D | Unknown | 1,313.79 | | 1,313.79 | FA |
| 18. 2004 Mercedes SLK 320 - Estimated value | 12,000.00 | 9,600.00 | | 7,000.00 | FA |
| 19. 2004 Lexus LS 430 - Estimated value | 10,000.00 | 10,000.00 | | 9,500.00 | FA |
| 20. 2007 Chevrolet Equinox - Estimated value | 8,500.00 | 8,500.00 | | 6,000.00 | FA |
| 21. 1996 Mercury Grand Marquis - Estimated vale | 1,075.00 | 1,075.00 | | 500.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $1,695,974.20 | $55,751.66 | | $45,868.53 | $0.00 |
| --- | --- | --- | --- | --- | --- |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page:    2

Exhibit A

| Case No: | 14-39972 | TAB | Judge: TIMOTHY A. BARNES |
|---|---|---|---|
| Case Name: | GREAR, MICHAEL J. | | |

| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|
| Date Filed (f) or Converted (c): | 11/03/14 (f) |
| 341(a) Meeting Date: | 12/16/14 |
| Claims Bar Date: | 03/31/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

CARS VALUE/  PENDING

RESOLVED FINANCIAL ACCOUNTS

MUST COLLECT EQUITY IN AUTOS

VEHICLES SOLD

TFR IN PROGRESS

Initial Projected Date of Final Report (TFR): 12/31/15        Current Projected Date of Final Report (TFR): 12/31/16

**FORM 2**

Page: 1

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: | 14-39972  -TAB |
| Case Name: | GREAR, MICHAEL J. |
| Taxpayer ID No: | *******2935 |
| For Period Ending: | 09/28/15 |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******8777  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/23/15 | 3, 5, 6 | SUSAN GREAR<br>261 COUNTRYSIDE DR<br>NAPLES, FL 34104-6721 | FUNDS FROM MICHAEL GREAR | 1129-000 | 21,554.74 | | 21,554.74 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 21,544.74 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.93 | 21,515.81 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 31.99 | 21,483.82 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.91 | 21,452.91 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 31.89 | 21,421.02 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.82 | 21,390.20 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 31.80 | 21,358.40 |
| 08/11/15 | * NOTE * | WE CARE ORTHOPEDICS<br>1100 W Central Rd. ste 304<br>Arlington Heights, IL 60005 | GREAR FUNDS<br>* NOTE *  Properties 18, 19, 20, 21 | 1129-000 | 23,000.00 | | 44,358.40 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 54.91 | 44,303.49 |
| 09/11/15 | 17 | WE CARE ORTHPEDIC<br>1100W CENTRAL<br>ARLINGTON HEIGHTS, IL 60005<br>MICHAEL GREAR<br>WE CARE ORTHOPEDICS | TAX REFUND<br><br><br><br>Memo Amount:        1,313.79<br>TAX REFUND | <br><br><br><br>1224-000 | 1,313.79 | | 45,617.28 |

| | Deposits | Disbursements |
|---|---|---|
| Page Subtotals | 45,868.53 | 251.25 |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 5)*

Ver: 18.05

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Case No:           14-39972  -TAB
Case Name:         GREAR, MICHAEL J.

Taxpayer ID No:    *******2935
For Period Ending: 09/28/15

Trustee Name:               ANDREW J. MAXWELL, TRUSTEE
Bank Name:                  ASSOCIATED BANK
Account Number / CD #:      *******8777  Checking Account (Non-Interest Earn

Blanket Bond (per case limit):  $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  | Memo Allocation Receipts:        1,313.79 | COLUMN TOTALS | | 45,868.53 | 251.25 | 45,617.28 |
|  |  | Memo Allocation Disbursements:       0.00 | Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
|  |  |  | Subtotal | | 45,868.53 | 251.25 | |
|  |  | Memo Allocation Net:             1,313.79 | Less:  Payments to Debtors | | | 0.00 | |
|  |  |  | Net | | 45,868.53 | 251.25 | |
|  |  | Total Allocation Receipts:       1,313.79 | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|  |  | Total Allocation Disbursements:      0.00 | Checking Account (Non-Interest Earn - *******8777 | | 45,868.53 | 251.25 | 45,617.28 |
|  |  | Total Memo Allocation Net:       1,313.79 |  | | ----------------------- 45,868.53 | ----------------------- 251.25 | ----------------------- 45,617.28 |
|  |  |  |  | | ============= | ============= | ============= |
|  |  |  |  | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                    0.00            0.00

|  | EXHIBIT C | |
| Page 1 | ANALYSIS OF CLAIMS REGISTER | Date: September 28, 2015 |

Case Number:   14-39972

Debtor Name:   GREAR, MICHAEL J.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001 2100-00 | ANDREW J. MAXWELL, TRUSTEE 105 W. ADAMS SUITE 3200 CHICAGO, IL 60603 | Administrative | | $5,336.85 | $0.00 | $5,336.85 |
| 002 6110-00 | MAXWELL LAW GROUP, LLC 105 WEST ADAMS SUITE 3200 CHICAGO, IL 60603 | Administrative | | $2,389.52 | $0.00 | $2,389.52 |
| 000001 070 7100-00 | Mary Ann Langguth 240 Millers Rd Des Plaines, IL 60016 | Unsecured | | $798.00 | $0.00 | $798.00 |
| 000002 070 7100-00 | James X-Ray 505 Harvester Ct. Unit F Wheeling, IL 60090 | Unsecured | | $582.84 | $0.00 | $582.84 |
| 000003 070 7100-00 | Bernadette Carlson 458 Lillian Ln Des Plaines IL 60016 | Unsecured | | $992.00 | $0.00 | $992.00 |
| 000004 070 7100-00 | American Express Bank, FSB c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Unsecured | | $1,720.44 | $0.00 | $1,720.44 |
| 000005 070 7100-00 | FirstMerit Bank, N.A. c/o Locke Lord LLP Attn: Brian A. Raynor 111 S Wacker Drive Chicago, IL 60606 | Unsecured | | $844,191.80 | $0.00 | $844,191.80 |
| 000006 070 7100-00 | Portfolio Recovery Associates, LLC Successor to U.S. BANK NATIONAL ASSOCIATION (US BANK) POB 41067 Norfolk, VA 23541 | Unsecured | | $4,489.25 | $0.00 | $4,489.25 |
| | Case Totals: | | | $860,500.70 | $0.00 | $860,500.70 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-39972
Case Name: GREAR, MICHAEL J.
Trustee Name: ANDREW J. MAXWELL, TRUSTEE

|  | | |
|---|---|---|
| Balance on hand | $ | 45,617.28 |

Claims of secured creditors will be paid as follows:

### NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ANDREW J. MAXWELL, TRUSTEE | $     5,336.85 | $     0.00 | $     5,336.85 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 5,336.85 |
| Remaining Balance | $ | 40,280.43 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Fees: MAXWELL LAW GROUP, LLC | $     2,365.00 | $     0.00 | $     2,365.00 |
| Attorney for Expenses: MAXWELL LAW GROUP, LLC | $     24.52 | $     0.00 | $     24.52 |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses | $ | 2,389.52 |
| Remaining Balance | $ | 37,890.91 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 852,774.33  have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  4.4  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Mary Ann Langguth | $ 798.00 | $ 0.00 | $ 35.46 |
| 000002 | James X-Ray | $ 582.84 | $ 0.00 | $ 25.90 |
| 000003 | Bernadette Carlson | $ 992.00 | $ 0.00 | $ 44.08 |
| 000004 | American Express Bank, FSB | $ 1,720.44 | $ 0.00 | $ 76.44 |
| 000005 | FirstMerit Bank, N.A. | $ 844,191.80 | $ 0.00 | $ 37,509.57 |
| 000006 | Portfolio Recovery Associates, LLC | $ 4,489.25 | $ 0.00 | $ 199.46 |

Total to be paid to timely general unsecured creditors          $          37,890.91

Remaining Balance          $          0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE