UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

In re: §
§
GREAR, MICHAEL J. §    Case No. 14-39972
§
     Debtor §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ANDREW J. MAXWELL, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
          CLERK OF BK COURT

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 11/10/2015 in Courtroom 613,
          UNITED STATES COURTHOUSE
          219 S DEARBORN STREET
          CHICAGO, IL 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/15/2015                By: /s/ Andrew J. Maxwell
                                                     Trustee

*ANDREW J. MAXWELL, TRUSTEE*
*105 W. Adams*
*SUITE 3200*
*CHICAGO, IL 60603*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
GREAR, MICHAEL J. §   Case No. 14-39972
§
Debtor §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 45,868.53 |
| and approved disbursements of | $ | 251.25 |
| leaving a balance on hand of[1] | $ | 45,617.28 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ANDREW J. MAXWELL, TRUSTEE | $ 5,336.85 | $ 0.00 | $ 5,336.85 |
| Total to be paid for chapter 7 administrative expenses | | $ | 5,336.85 |
| Remaining Balance | | $ | 40,280.43 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Fees: MAXWELL LAW GROUP, LLC | $ 2,389.15 | $ 0.00 | $ 2,389.15 |
| Attorney for Expenses: MAXWELL LAW GROUP, LLC | $ 24.52 | $ 0.00 | $ 24.52 |

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

    Total to be paid for prior chapter administrative expenses    $    2,413.67

    Remaining Balance    $    37,866.76

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 852,774.33 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Mary Ann Langguth | $ 798.00 | $ 0.00 | $ 35.43 |
| 000002 | James X-Ray | $ 582.84 | $ 0.00 | $ 25.88 |
| 000003 | Bernadette Carlson | $ 992.00 | $ 0.00 | $ 44.05 |
| 000004 | American Express Bank, FSB | $ 1,720.44 | $ 0.00 | $ 76.39 |
| 000005 | FirstMerit Bank, N.A. | $ 844,191.80 | $ 0.00 | $ 37,485.66 |
| 000006 | Portfolio Recovery Associates, LLC | $ 4,489.25 | $ 0.00 | $ 199.35 |

    Total to be paid to timely general unsecured creditors    $    37,866.76

    Remaining Balance    $    0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Andrew J. Maxwell
Trustee

*ANDREW J. MAXWELL, TRUSTEE*
*105 W. Adams*
*SUITE 3200*
*CHICAGO, IL 60603*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                         United States Bankruptcy Court
                         Northern District of Illinois

In re:                                                             Case No. 14-39972-TAB
Michael J. Grear                                                   Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-1          User: dgomez                 Page 1 of 3              Date Rcvd: Oct 16, 2015
                              Form ID: pdf006              Total Noticed: 82


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 18, 2015.
db             Michael J. Grear,    72 Briarwood Lane,    Palatine, IL  60067-7410
22595999       American Express,    Box 0001,    Los Angeles, CA 90096-0001
23014415       American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
22596000      +Applied Medico- Legal,    401 E. Las Olas Blvd. #1400,    Fort Lauderdale, FL 33301-2218
22596001       Bank of America,    PO Box 851001,    Dallas, TX 75285-1001
22684338      +Bernadette Carlson,    458 Lillian Ln,    Des Plaines IL 60016-2518
22596002      +Carey M. Bacalar, M.D.,    2043 Olive HIll Dr.,    Buffalo Grove, IL 60089-4644
22596003      +Carol Hramety,    480 Dorothy Dr,    Des Plaines, IL 60016-5754
22596004      +Carol Nugent,    808 E Talbot St,    Arlington Heights, IL 60004-4961
22596005      +Carol Stelzer,    2821 Woodbury Dr,    Arlington Heights, IL 60004-7230
22596006      +Charles D. Mullenix,    1531 Basswood Circle,    Glenview, IL 60025-2006
22596008       Chase,   PO Box 15153,    Wilmington, DE 19886-5153
22596007       Chase,   PO Box 9001871,    Louisville, KY 40290-1871
22596009      +Comcast,    2508 W. Route 120,    McHenry, IL 60051-4712
22596010      +Comcast Business,    PO Box 37601,    Philadelphia, PA 19101-0601
22596011      +Des Plaines Radiologists,    100 River Road,    Des Plaines, IL 60016-1209
22596012      +Doria L. Devare, M.D.,    2492 Farnsworth Lane,    Northbrook, IL 60062-5945
22596013       Dowd, Dowd & Mertes,    701 Lee Street #790,    Chicago, IL 60616-4549
22596014      +Dr Comfort/DJO Global,    10300 Enterprise Dr,    Mequon, WI 53092-4635
22684339      +Eva Nelson,    1754 Whitcomb,    Des Plaines IL 60018-1626
22837010      +Fifth Third Bank,    14841 Dallas Pkwy Ste 300,    Dallas TX 75254-7883
22596015       Fifth Third Bank,    PO Boc 740778,    Cincinnati, OH 45224-0778
22596016      +FirstMerit Bank, N.A.,    501 W.North Av.,    Melrose Park, IL 60160-1628
23086569      +FirstMerit Bank, N.A.,    c/o Locke Lord LLP,    Attn: Brian A. Raynor,    111 S Wacker Drive,
                 Chicago, IL 60606-4409
22596017      +Foremost Insurance,    PO Box 4665,    Carol Stream, IL 60197-4665
22596018      +Fox Valley Fire & Safe,    2730 Pinnacle Dr.,    Elgin, IL 60124-7943
22596019      +Great American/ Office,    PO Box 660831,    Dallas, TX 75266-0831
22596020      +Greico & Adelman LLC,    2860 S River Rd #350,    Des Plaines, IL 60018-6088
22596021      +HPPS,    475 N. Martingale Rd #340,    Schaumburg, IL 60173-2258
22855371       JPMorgan Chase Bank Natl Association,    3415 Vision Drive,    Columbus OH 43219-6009
22684340      +Jacklyn Pennavaria,    1083 Webster,    Des Plaines IL 60016-6373
22596022      +James Nuzzo D.P.M.,    4 Aztec Court,    Barrington, IL 60010-1037
22596023      +James X-Ray,    505 Harvester Ct.,    Unit F,    Wheeling, IL 60090-4754
22684341      +Jean Warren,    4177 N Bloomington Av #101,    Arlington Heights IL 60004-7549
22596024      +John M. Cottrell, D.O.,    208 Grand Blvd.,    Park Ridge, IL 60068-3314
22596025      +Keith L. Komnick, M.D.,    1204 Barclay Circle,    Inverness, IL 60010-5263
22684328      +Kellie Autry,    1315 Webster Ln,    Des Plaines IL 60018-1420
22596026      +Lakeland/Larsen Elevator Corp,    731 S. McAlister Ave,    Waukegan, IL 60085-7452
22684329      +Laura J Cathey,    130 E Drake,    Des Plaines IL 60016-2155
22596027      +Lawrence Rudnick,    926 Carolyn Dr.,    Palatine, IL 60067-5982
22684330      +Leah Schmidt,    235 Village Dr,    Northlake IL 60164-1720
22684331      +Linda Mucic,    8650 Ferris Av,    Morton Grove IL 60053-2867
22596028      +Lisa Pennavaria,    1083 Webster Ln,    Des Plaines, IL 60016-6373
22596029      +Locke Lord LLP,    Attn: David F. Standa,    111 S Wacker Dr,    Chicago, IL 60606-4409
22596037     ++MEDLINE INDUSTRIES INC,    ATTN ANNE KISHA,    ONE MEDLINE PL,    MUNDELEIN IL 60060-4486
              (address filed with court:    Medline Industries, Inc.,    Dept CH 14400,
                 Palatine, IL 60055-4400)
22596030       Make It So Enterprisees,    1117 N. Stott St.,    Genoa, IL 60135
22596031      +Mani Solutions, LLC,    1901 N Roselle Rd #800,    Schaumburg, IL 60195-3186
22596032      +Margaret Sheehan,    807 N. Beverly Ln,    Arlington Heights, IL 60004-5724
22596033      +Mary Ann Langguth,    240 Millers Rd,    Des Plaines, IL 60016-2728
22596034      +Maryann Szmergalski,    810 Thacker St,    Des Plaines, IL 60016-3250
22596035      +Matthew D. Zawilenski,    20855 W. Chartwell Dr,    Kildeer, IL 60047-8582
22596036       McKesson Medical,    PO BOx 933027,    Atlanta, GA 31193-3072
22684332      +Melanie Wessell,    207 Drake Ln,    Des Plaines IL 60016-2156
22596038      +Merck & Co., Inc.,    PO Box 5254,    Carol Stream, IL 60197-5254
22596039      +Michael F. Wilson, M.D.,    126 E. Wing St. #185,    Arlington Heights, IL 60004-6064
22596040      +Mukesh Ahluwalia, P.C.,    2001 Tower Dr Unit 234,    Glenview, IL 60026-7809
22596041      +Northwest Community,    3060 Salt Creek Ln.,    Arlington Heights, IL 60005-5027
22684333      +Novaris Vaccines,    Pob 822746,    Philadelphia PA 19182-2746
22596042      +Park & Longstreet,    2775 Algonquin Road #270,    Rolling Meadows, IL 60008-3835
22596043      +Paul L. Katz,    81 Canterbury East,    Winnetka, IL 60093-3109
22596045      +Quest Diagnostics,    PO Box 12989,    Chicago, IL 60693-0001
22684334      +Rosa Linda Rodriguez,    504 Isa Dr,    Wheeling IL 60090-4720
22596047      +Stericycle,    PO Box 6575,    Carol Stream, IL 60197-6575
22596048      +Surella Bartel,    1753 Bristal Walk,    Hoffman Estates, IL 60169-6801
22596049      +Susan Hendricks,    624 Yale Court,    Des Plaines, IL 60016-2333
22596050      +Susan Kretch,    605 S Carol Ln,    Mount Prospect, IL 60056-3507
22596051      +Susan Kuch,    2334 Trailside Ln,    Wauconda, IL 60084-5015
22684335      +Susan Ray,    949 Hartford Ln,    Elk Grove Village IL 60007-4525
22684336      +Susan V Koss,    828 N Glenn,    Palatine IL 60074-7123
22596052      +The Hartford Ins.,    PO Box 660916,    Dallas, TX 75266-0916
22596053      +Thomas Cottrell. M.D.,    2240 Swianwood Dr.,    Glenview, IL 60025-2864
```

```
District/off: 0752-1           User: dgomez                Page 2 of 3                   Date Rcvd: Oct 16, 2015
                               Form ID: pdf006             Total Noticed: 82


22596054      +Timothy J. Cahill, D.O,    1304 W. Crain,    Park Ridge, IL 60068-1210
22596056     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court:   US Bank,    P.O. Box 1800,    Saint Paul, MN 55101-0800)
22596055     #+Ultra Sound Imaging,    5012 Switch Grass Lane,    Naperville, IL 60564-5367
22684337      +Ursula Trejgo,   5706 W Grover,    Chicago IL 60630-2016
22596059      +Zurich North America,    PO Box 4666,    Carol Stream, IL 60197-4666
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
22652979       E-mail/Text: cio.bncmail@irs.gov Oct 17 2015 01:12:13      Department of the Treasury,
               Internal Revenue Service,    PO Box 7346,    Philadelphia PA 19101-7346
22652980      +E-mail/Text: des.claimantbankruptcy@illinois.gov Oct 17 2015 01:14:48
               Illinois Department of Employment Security,     Bankruptcy Unit Collection Subdivision,
               33 South State Street 10th Floor,    Chicago IL 60603-2808
22652981       E-mail/Text: rev.bankruptcy@illinois.gov Oct 17 2015 01:13:07
               Illinois Department of Revenue,    Bankruptcy Section,    P O Box 64338,    Chicago IL 60664-0338
23117002       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 17 2015 00:59:42
               Portfolio Recovery Associates, LLC,    Successor to U.S. BANK NATIONAL,    ASSOCIATION (US BANK),
               POB 41067,   Norfolk, VA 23541
22596044      +E-mail/Text: bklaw@centurylink.com Oct 17 2015 01:15:06      Quest Business Services,
               PO Box 856169,   Louisville, KY 40285-6169
22596046      +E-mail/PDF: gecsedi@recoverycorp.com Oct 17 2015 00:59:19      Sam's Club,    PO Box 530981,
               Atlanta, GA 30353-0981
                                                                                               TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty            Law offices of Maxwell Law Group, LLC
22652994       Fahey Medical Center SC
22652995       Susan Grear
22652996       Susan M Grear
22652997       The New Golf Corporation
22596057*    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court:   US Bank,    PO Box 790408,   Saint Louis, MO 63179)
22596058     ##+Weil, Freiburg & Peters,    2 First National Plaza,    20 S. Clark St #230,
               Chicago, IL 60603-1807
                                                                                               TOTALS: 5, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2015                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 15, 2015 at the address(es) listed below:
          Andrew J Maxwell    on behalf of Trustee Andrew J Maxwell, ESQ maxwelllawchicago@yahoo.com,
           trustee@maxwellandpotts.com;naelipas@maxwellandpotts.com;cjcapo@maxwellandpotts.com;jhsmith@maxwe
           llandpotts.com;vbarad@maxwellandpotts.com
          Andrew J Maxwell, ESQ    on behalf of Trustee Andrew J Maxwell, ESQ maxwelllawchicago@yahoo.com,
           amaxwell@ecf.epiqsystems.com;trustee@maxwellandpotts.com;cjcapo@maxwellandpotts.com;marchfirst_tr
           ustee@hotmail.com
          Andrew J Maxwell, ESQ    maxwelllawchicago@yahoo.com,
           amaxwell@ecf.epiqsystems.com;trustee@maxwellandpotts.com;cjcapo@maxwellandpotts.com;marchfirst_tr
           ustee@hotmail.com
```

```
District/off: 0752-1          User: dgomez              Page 3 of 3               Date Rcvd: Oct 16, 2015
                              Form ID: pdf006           Total Noticed: 82
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Brian  Raynor    on behalf of Creditor    FirstMerit Bank, N.A., a national banking association, as succesor in interest to the FDIC, as receiver for Midwest Bank and Trust Company braynor@lockelord.com, docket@lockelord.com
          Heather M Giannino    on behalf of Creditor    JPMorgan Chase Bank, National Association bankruptcy@hsbattys.com, bankruptcy@hsbattys.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Peter J Roberts    on behalf of Debtor Michael J. Grear proberts@shawfishman.com
          Richard M. Fogel    on behalf of Debtor Michael J. Grear rfogel@shawfishman.com

          TOTAL: 8