# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS

In re: §
§
GREAR, MICHAEL J. § Case No. 14-39972
§
Debtor §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ANDREW J. MAXWELL, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 3,708.13 *(Without deducting any secured claims)* | Assets Exempt: 1,641,536.33 |
| Total Distributions to Claimants: 37,890.91 | Claims Discharged Without Payment: 2,732,044.27 |
| Total Expenses of Administration: 7,977.62 | |

3) Total gross receipts of $ 45,868.53 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 45,868.53 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 238,789.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 5,588.10 | 5,588.10 | 5,588.10 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | 2,389.52 | 2,389.52 | 2,389.52 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,917,160.85 | 852,774.33 | 852,774.33 | 37,890.91 |
| **TOTAL DISBURSEMENTS** | $ 2,155,949.85 | $ 860,751.95 | $ 860,751.95 | $ 45,868.53 |

4) This case was originally filed under chapter 7 on 11/03/2014 . The case was pending for 15 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/12/2016          By:/s/ANDREW J. MAXWELL, TRUSTEE
                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| US Bank- Checking account (Account balance of $7,5 | 1129-000 | 2,912.50 |
| Vanguard- Money market account | 1129-000 | 13,975.64 |
| TD Ameritrade- Investment account | 1129-000 | 4,666.60 |
| 2004 Mercedes SLK 320 - Estimated value | 1129-000 | 7,000.00 |
| 2004 Lexus LS 430 - Estimated value | 1129-000 | 9,500.00 |
| 2007 Chevrolet Equinox - Estimated value | 1129-000 | 6,000.00 |
| 1996 Mercury Grand Marquis - Estimated vale | 1129-000 | 500.00 |
| Tax Refunds | 1224-000 | 1,313.79 |
| **TOTAL GROSS RECEIPTS** | | **$45,868.53** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | US Bank P.O. Box 1800 Saint Paul, MN 55101-0800 | | 238,789.00 | NA | NA | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 238,789.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ANDREW J. MAXWELL, TRUSTEE | 2100-000 | NA | 5,336.85 | 5,336.85 | 5,336.85 |
| ASSOCIATED BANK | 2600-000 | NA | 251.25 | 251.25 | 251.25 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 5,588.10 | $ 5,588.10 | $ 5,588.10 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MAXWELL LAW GROUP, LLC | 6110-000 | NA | 2,365.00 | 2,365.00 | 2,365.00 |
| MAXWELL LAW GROUP, LLC | 6120-000 | NA | 24.52 | 24.52 | 24.52 |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ 2,389.52 | $ 2,389.52 | $ 2,389.52 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Dep of Employment Security 33 S. State Street, 10th Fl. Chicago, IL 60603 | | 0.00 | NA | NA | 0.00 |
| | Illinois Department of Revenue 100 W. Randolph Bankruptcy Section L 7-425 Chicago, IL 60602 | | 0.00 | NA | NA | 0.00 |
| | Internal Revenue Service PO Box 7346 Philadelphia, PA 19101-7346 | | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express Box 0001 Los Angeles, CA 90096-0001 | | 1,715.45 | NA | NA | 0.00 |
| | Applied Medico- Legal 401 E. Las Olas Blvd. #1400 Fort Lauderdale, FL 33301 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America PO Box 851001 Dallas, TX 75285-1001 | | 12,209.32 | NA | NA | 0.00 |
| | Carey M. Bacalar, M.D. 2043 Olive HIll Dr. Buffalo Grove, IL 60089 | | 0.00 | NA | NA | 0.00 |
| | Carol Hramety 480 Dorothy Dr Des Plaines, IL 60016 | | 0.00 | NA | NA | 0.00 |
| | Carol Nugent 808 E Talbot St Arlington Heights, IL 60004 | | 0.00 | NA | NA | 0.00 |
| | Carol Stelzer 2821 Woodbury Dr Arlington Heights, IL 60004 | | 0.00 | NA | NA | 0.00 |
| | Charles D. Mullenix 1531 Basswood Circle Glenview, IL 60025 | | 0.00 | NA | NA | 0.00 |
| | Chase PO Box 15153 Wilmington, DE 19886-5153 | | 1,241.80 | NA | NA | 0.00 |
| | Chase PO Box 9001871 Louisville, KY 40290-1871 | | 237,978.00 | NA | NA | 0.00 |
| | Comcast 2508 W. Route 120 McHenry, IL 60051 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Comcast Business PO Box 37601 Philadelphia, PA 19101 | | 0.00 | NA | NA | 0.00 |
| | Des Plaines Radiologists 100 River Road Des Plaines, IL 60016 | | 0.00 | NA | NA | 0.00 |
| | Doria L. Devare, M.D. 2492 Farnsworth Lane Northbrook, IL 60062 | | 0.00 | NA | NA | 0.00 |
| | Dowd, Dowd & Mertes 701 Lee Street #790 Chicago, IL 60616-4549 | | 0.00 | NA | NA | 0.00 |
| | Dr Comfort DJO Global 10300 Enterprise Dr. Mequon, WI 53092 | | 0.00 | NA | NA | 0.00 |
| | Fifth Third Bank PO Boc 740778 Cincinnati, OH 45224-0778 | | 59,472.00 | NA | NA | 0.00 |
| | FirstMerit Bank, N.A. 501 W.North Av. Melrose Park, IL 60160 | | 1,604,544.28 | NA | NA | 0.00 |
| | Foremost Insurance PO Box 4665 Carol Stream, IL 60197 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Fox Valley Fire & Safe 2730 Pinnacle Dr. Elgin, IL 60124 | | 0.00 | NA | NA | 0.00 |
| | Great American/ Office PO Box 660831 Dallas, TX 75226-0831 | | 0.00 | NA | NA | 0.00 |
| | Greico & Adelman LLC 2860 S River Rd #350 Des Plaines, IL 60018 | | 0.00 | NA | NA | 0.00 |
| | HPPS 475 N. Martingale Rd #340 Schaumburg, IL 60173 | | 0.00 | NA | NA | 0.00 |
| | James Nuzzo D.P.M. 4 Aztec Court Barrington, IL 60010 | | 0.00 | NA | NA | 0.00 |
| | James X-Ray 505 Harvester Ct. Unit F Wheeling, IL 60090 | | 0.00 | NA | NA | 0.00 |
| | John M. Cottrell, D.O. 208 Grand Blvd. Park Ridge, IL 60068 | | 0.00 | NA | NA | 0.00 |
| | Keith L. Komnick, M.D. 1204 Barclay Circle Inverness, IL 60010 | | 0.00 | NA | NA | 0.00 |
| | Lakeland/Larsen Elevator Corp 731 S. McAlister Ave Waukegan, IL 60085 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Lawrence Rudnick 926 Carolyn Dr. Palatine, IL 60067 | | 0.00 | NA | NA | 0.00 |
| | Lisa Pennavaria 1083 Webster Ln Des Plaines, IL 60016 | | 0.00 | NA | NA | 0.00 |
| | Make It So Enterprisees 1117 N. Stott St. Genoa, IL 60135 | | 0.00 | NA | NA | 0.00 |
| | Mani Solutions, LLC 1901 N Roselle Rd #800 Schaumburg, IL 60195 | | 0.00 | NA | NA | 0.00 |
| | Margaret Sheehan 807 N. Beverly Ln Arlington Heights, IL 60004 | | 0.00 | NA | NA | 0.00 |
| | Mary Ann Langguth 240 Millers Rd Des Plaines, IL 60016 | | 0.00 | NA | NA | 0.00 |
| | Maryann Szmergalski 810 Thacker St Des Plaines, IL 60016 | | 0.00 | NA | NA | 0.00 |
| | Matthew D. Zawilenski 20855 W. Chartwell Dr Kildeer, IL 60047 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | McKesson Medical PO BOx 933027 Atlanta, GA 31193-3072 | | 0.00 | NA | NA | 0.00 |
| | Medline Industries, Inc. Dept CH 14400 Palatine, IL 60055-4400 | | 0.00 | NA | NA | 0.00 |
| | Merck & Co., Inc. PO Box 5254 Carol Stream, IL 60197 | | 0.00 | NA | NA | 0.00 |
| | Michael F. Wilson, M.D. 126 E. Wing St. #185 Arlington Heights, IL 60004 | | 0.00 | NA | NA | 0.00 |
| | Mukesh Ahluwalia, P.C. 2001 Tower Dr. Unit 234 Glenview, IL 60026-7809 | | 0.00 | NA | NA | 0.00 |
| | Northwest Community 3060 Salt Creek Ln. Arlington Heights, IL 60006 | | 0.00 | NA | NA | 0.00 |
| | Park & Longstreet 2775 Algonquin Road #270 Rolling Meadows, IL 60008 | | 0.00 | NA | NA | 0.00 |
| | Paul L. Katz 81 Canterbury East Winnetka, IL 60093 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Quest Business Services PO Box 856169 Louisville, KY 40285 | | 0.00 | NA | NA | 0.00 |
| | Quest Diagnostics PO Box 12989 Chicago, IL 60693 | | 0.00 | NA | NA | 0.00 |
| | Sam's Club PO Box 530981 Atlanta, GA 30353 | | 0.00 | NA | NA | 0.00 |
| | Stericycle PO Box 6575 Carol Stream, IL 60197 | | 0.00 | NA | NA | 0.00 |
| | Surella Bartel 1753 Bristal Walk Hoffman Estates, IL 60169 | | 0.00 | NA | NA | 0.00 |
| | Susan Hendricks 624 Yale Court Des Plaines, IL 60016 | | 0.00 | NA | NA | 0.00 |
| | Susan Kretch 605 S Carol Ln Mount Prospect, IL 60056 | | 0.00 | NA | NA | 0.00 |
| | Susan Kuch 2334 Trailside Ln Wauconda, IL 60084 | | 0.00 | NA | NA | 0.00 |
| | The Hartford Ins. PO Box 660916 Dallas, TX 75266 | | 0.00 | NA | NA | 0.00 |
| | Thomas Cottrell. M.D. 2240 Swianwood Dr. Glenview, IL 60025 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Timothy J. Cahill, D.O 1304 W. Crain Park Ridge, IL 60068 | | 0.00 | NA | NA | 0.00 |
| | US Bank PO Box 790408 Saint Louis, MO 63179 | | 0.00 | NA | NA | 0.00 |
| | Ultra Sound Imaging 5012 Switch Grass Lane Naperville, IL 60564 | | 0.00 | NA | NA | 0.00 |
| | Weil, Freiburg & Peters 2 First National Plaza 20 S. Clark St #230 Chicago, IL 60603 | | 0.00 | NA | NA | 0.00 |
| | Zurich North America PO Box 4666 Carol Stream, IL 60197 | | 0.00 | NA | NA | 0.00 |
| 000004 | AMERICAN EXPRESS BANK, FSB | 7100-000 | NA | 1,720.44 | 1,720.44 | 76.44 |
| 000003 | BERNADETTE CARLSON | 7100-000 | NA | 992.00 | 992.00 | 44.08 |
| 000005 | FIRSTMERIT BANK, N.A. | 7100-000 | NA | 844,191.80 | 844,191.80 | 37,509.57 |
| 000002 | JAMES X-RAY | 7100-000 | NA | 582.84 | 582.84 | 25.90 |
| 000001 | MARY ANN LANGGUTH | 7100-000 | NA | 798.00 | 798.00 | 35.46 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000006 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | NA | 4,489.25 | 4,489.25 | 199.46 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 1,917,160.85 | $ 852,774.33 | $ 852,774.33 | $ 37,890.91 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| | | |
|---|---|---|
| Case No: | 14-39972 TAB Judge: TIMOTHY A. BARNES | Trustee Name: ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | GREAR, MICHAEL J. | Date Filed (f) or Converted (c): 11/03/14 (f) |
| | | 341(a) Meeting Date: 12/16/14 |
| For Period Ending: | 01/12/16 | Claims Bar Date: 03/31/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 72 Briarwood Lane Palatine, IL 60067 RESIDENCE | 480,000.00 | 0.00 | | 0.00 | FA |
| 2. Cash on hand | 80.00 | 0.00 | | 0.00 | FA |
| 3. US Bank- Checking account (Account balance of $7,5 | 3,765.00 | 2,912.50 | | 2,912.50 | FA |
| 4. US Bank- Checking account | 1,230.00 | 0.00 | | 0.00 | FA |
| 5. Vanguard- Money market account | 13,975.64 | 13,975.64 | | 13,975.64 | FA |
| 6. TD Ameritrade- Investment account | 4,666.60 | 4,666.60 | | 4,666.60 | FA |
| 7. Ordinary assortment of household goods and furnish | 1,537.50 | 0.00 | | 0.00 | FA |
| 8. Assorted prints, paintings, sculptures, etc. (Per | 152.50 | 0.00 | | 0.00 | FA |
| 9. Ordinary assortment of wearing apparel | 500.00 | 0.00 | | 0.00 | FA |
| 10. Wedding ring and watch | 300.00 | 0.00 | | 0.00 | FA |
| 11. Transamerica Life Insurance Co. (Policy Number 924 | 3,708.13 | 3,708.13 | | 0.00 | FA |
| 12. LPL Financial- IRA account | 1,154,483.83 | 0.00 | | 0.00 | FA |
| 13. 79% ownership- The New Golf Corporation [Not opera | 0.00 | 0.00 | | 0.00 | FA |
| 14. 79% ownership- Fahey Medical Center, S.C. [Not ope | 0.00 | 0.00 | | 0.00 | FA |
| 15. 100% stock interest in We Care Orthopedics Ltd. [P | Unknown | 0.00 | | 0.00 | FA |
| 16. The Michael J. Grear Revocable Trust Dated Decembe | 0.00 | 0.00 | | 0.00 | FA |
| 17. Potential federal and state income tax refunds for partial 2014 income tax refund from D | Unknown | 1,313.79 | | 1,313.79 | FA |
| 18. 2004 Mercedes SLK 320 - Estimated value | 12,000.00 | 9,600.00 | | 7,000.00 | FA |
| 19. 2004 Lexus LS 430 - Estimated value | 10,000.00 | 10,000.00 | | 9,500.00 | FA |
| 20. 2007 Chevrolet Equinox - Estimated value | 8,500.00 | 8,500.00 | | 6,000.00 | FA |
| 21. 1996 Mercury Grand Marquis - Estimated vale | 1,075.00 | 1,075.00 | | 500.00 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $1,695,974.20 | $55,751.66 | | $45,868.53 | $0.00 |

LFORM1

Ver: 19.05a

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit 8

| Case No: | 14-39972 | TAB | Judge: TIMOTHY A. BARNES | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | GREAR, MICHAEL J. | | | Date Filed (f) or Converted (c): | 11/03/14 (f) |
| | | | | 341(a) Meeting Date: | 12/16/14 |
| | | | | Claims Bar Date: | 03/31/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

RESOLVED FINANCIAL ACCOUNTS by settlement with Debtor; court approved and D paid

after some negotiation with D, VEHICLES SOLD back to D for near net value; court approved and D paid the funds

TFR SUBMITTED 9/29/2015; filed; up for hearing on Nov 10, 2015

Initial Projected Date of Final Report (TFR): 12/31/15        Current Projected Date of Final Report (TFR): 12/31/16

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-39972 -TAB | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | GREAR, MICHAEL J. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******8777  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2935 | | |
| For Period Ending: | 01/12/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/23/15 | 3, 5, 6 | SUSAN GREAR<br>261 COUNTRYSIDE DR<br>NAPLES, FL 34104-6721 | FUNDS FROM MICHAEL GREAR | 1129-000 | 21,554.74 | | 21,554.74 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 21,544.74 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.93 | 21,515.81 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 31.99 | 21,483.82 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.91 | 21,452.91 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 31.89 | 21,421.02 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.82 | 21,390.20 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 31.80 | 21,358.40 |
| 08/11/15 | * NOTE * | WE CARE ORTHOPEDICS<br>1100 W Central Rd. ste 304<br>Arlington Heights, IL 60005 | GREAR FUNDS<br>* NOTE *  Properties 18, 19, 20, 21 | 1129-000 | 23,000.00 | | 44,358.40 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 54.91 | 44,303.49 |
| 09/11/15 | 17 | WE CARE ORTHPEDIC<br>1100W CENTRAL<br>ARLINGTON HEIGHTS, IL 60005<br>MICHAEL GREAR | TAX REFUND | | 1,313.79 | | 45,617.28 |
| | | WE CARE ORTHOPEDICS | Memo Amount:      1,313.79<br>TAX REFUND | 1224-000 | | | |
| 12/04/15 | 010001 | ANDREW J. MAXWELL, TRUSTEE<br>105 W. ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | Tr compensation<br>12/2/2015 | 2100-000 | | 5,336.85 | 40,280.43 |
| 12/04/15 | 010002 | MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | Tr. Atty Compensation<br>12/2/2015 | | | 2,389.52 | 37,890.91 |

Page Subtotals   45,868.53   7,977.62

Ver: 19.05a

LFORM24

UST Form 101-7-TDR (10/1/2010)  (Page: 16)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 14-39972 -TAB | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | GREAR, MICHAEL J. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******8777 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2935 | | |
| For Period Ending: | 01/12/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Fees            2,365.00 | 6110-000 | | | |
| | | | Expenses           24.52 | 6120-000 | | | |
| 12/04/15 | 010003 | Mary Ann Langguth<br>240 Millers Rd<br>Des Plaines, IL 60016 | Claim # 1, Final Payment<br>c/o 12/2/2015 | 7100-000 | | 35.46 | 37,855.45 |
| 12/04/15 | 010004 | James X-Ray<br>505 Harvester Ct.<br>Unit F<br>Wheeling, IL 60090 | Claim # 2, Final Payment<br>c/o 12/2/2015 | 7100-000 | | 25.90 | 37,829.55 |
| 12/04/15 | 010005 | Bernadette Carlson<br>458 Lillian Ln<br>Des Plaines IL 60016 | Claim # 3, Final Payment<br>c/o 12/2/2015 | 7100-000 | | 44.08 | 37,785.47 |
| 12/04/15 | 010006 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim # 4, Final Payment<br>c/o 12/2/2015 | 7100-000 | | 76.44 | 37,709.03 |
| 12/04/15 | 010007 | FirstMerit Bank, N.A.<br>c/o Locke Lord LLP<br>Attn: Brian A. Raynor<br>111 S Wacker Drive<br>Chicago, IL 60606 | Claim # 5, Final Payment<br>c/o 12/2/2015 | 7100-000 | | 37,509.57 | 199.46 |
| 12/04/15 | 010008 | Portfolio Recovery Associates, LLC<br>Successor to U.S. BANK NATIONAL<br>ASSOCIATION (US BANK)<br>POB 41067<br>Norfolk, VA 23541 | Claim # 6, Final Payment<br>c/o 12/2/2015 | 7100-000 | | 199.46 | 0.00 |

Page Subtotals           0.00           37,890.91

Ver: 19.05a

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 17)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-39972 -TAB | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | GREAR, MICHAEL J. | Bank Name: | ASSOCIATED BANK |
|  |  | Account Number / CD #: | *******8777  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2935 |  |  |
| For Period Ending: | 01/12/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
|  | Memo Allocation Receipts: | 1,313.79 | COLUMN TOTALS |  | 45,868.53 | 45,868.53 | 0.00 |
|  | Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's |  | 0.00 | 0.00 |  |
|  |  |  | Subtotal |  | 45,868.53 | 45,868.53 |  |
|  | Memo Allocation Net: | 1,313.79 | Less:  Payments to Debtors |  |  | 0.00 |  |
|  |  |  | Net |  | 45,868.53 | 45,868.53 |  |
|  | Total Allocation Receipts: | 1,313.79 | TOTAL - ALL ACCOUNTS |  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|  | Total Allocation Disbursements: | 0.00 | Checking Account (Non-Interest Earn - *******8777 |  | 45,868.53 | 45,868.53 | 0.00 |
|  | Total Memo Allocation Net: | 1,313.79 |  |  | 45,868.53 | 45,868.53 | 0.00 |
|  |  |  |  |  | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

Ver: 19.05a

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 18)